UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAMON SANTIAGO, ) | |
| ) | Case No. 4:08-CV-1965 |
| Plaintiff, ) | |
| ) | JUDGE ANN ALDRICH |
| v. ) | |
| ) | Magistrate Judge David S. Perelman |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | MEMORANDUM AND ORDER |
| ) | |
| ) | |

This matter was referred to Magistrate Judge Perelman for a report and recommendation ("R&R"), which was filed on August 3, 2009. [Dkt. 14]. Magistrate Judge Perelman recommended that final judgment be entered in the Commissioner's favor.

Neither party has filed an objection to the R&R, waiving further review in this court of the R&R. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Accordingly, this court adopts the R&R in its entirety, and for the reasons stated therein, enters final judgment in the Commissioner's favor.

Because the parties have failed to file objections, they have waived their rights to appellate review. *Miller*, 50 F.3d at 380. Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

                                                             */s/ Ann Aldrich*
                                                             ANN ALDRICH
                                                             UNITED STATES DISTRICT JUDGE

**Dated: August 18, 2009**