UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAMON SANTIAGO, | ) |
| | ) Case No. 4:08-CV-1965 |
| Plaintiff, | ) |
| | ) JUDGE ANN ALDRICH |
| v. | ) |
| | ) Magistrate Judge David S. Perelman |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) MEMORANDUM AND ORDER |

Magistrate Judge Perelman filed a report and recommendation ("R&R") in this case on August 3, 2008. [Dkt. 14]. The docket states that notice was not delivered to Santiago electronically but was delivered "by other means." This court adopted the R&R on August 18, 2009 because no objections were filed within ten days of the R&R's filing. [Dkt. 15].

Santiago now claims that he did not receive notice of the R&R's filing or any other filing since January 29, 2009, and he requests that this court vacate its August 18, 2009 decision. [Dkt. 17]. Although the court's local rules strongly encourage the parties "to sign on to the electronic filing system at regular intervals to check the docket in their case," L.R. App. B ¶14, this court will nonetheless vacate its decision adopting the R&R and will grant the plaintiff leave to file objections. Any objections to the R&R must be filed by October 1, 2009.

IT IS SO ORDERED.

*/s/ Ann Aldrich*
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: September 17, 2009**